Case: 1:25-mj-00176
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/26/2025
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF FACTS

Your affiant, Damein Ragland, is a Special Agent with the Federal Bureau of Investigation, and is assigned to the CR-1, Cross Border Safe Streets Task Force, located at the FBI Washington Field Office, in Washington, D.C. As discussed below, your affiant is currently assisting in the investigation of a drug trafficking conspiracy that is distributing fentanyl and other narcotics in the Washington, D.C. area. The investigation began around August of 2024 and is ongoing. Because this Statement of Facts is being submitted for the limited purpose of finding probable cause for the issuance of a complaint and arrest warrant, your affiant has not included each and every fact known to your affiant and fellow law enforcement officers concerning this investigation. Your affiant has only set forth the facts that your affiant believes is necessary to establish probable cause for the charge set forth in the complaint and the issuance of an arrest warrant.

The relevant facts are as follows:

On August 22, 2025, the Honorable Moxila A. Upadhyaya, Magistrate Judge for the United States District Court for the District of Columbia signed search warrants for ten residences and five vehicles to include, XXX, X XX, XXXXXXXXXX, XX, XXXXXX, the residence of Antoinette Victoria LANE.

On August 26, 2025, your affiant and other law enforcement officers executed the search warrant at XXX, X XX, XXXXXXXXXX, XX, XXXXXX. After entry into the apartment law enforcement encountered LANE walking towards the front door of the apartment. LANE was detained while the apartment was cleared. There were no other occupants in the residence. After the apartment was rendered safe, officers recovered a clear ziplock bag, containing a white powdery substance from LANE's groin area. The substance weighed approximately 56.44 grams and field tested positive for fentanyl.

Additionally, during the search, officers recovered:

- 1.76 grams of fentanyl packaged in 5 individual ziplock bags, 4 of which were on 1 digital scale and 1 on a second digital scale;
- $9,371 in U.S. currency;
- 2 digital scales;
- Drug paraphernalia including new and unused ziplock bags;
- Items with possible drug residue on them; and
- Pictures of identifications and mail matter reflecting the name and other identifiers of the defendant.

LANE was arrested and brought to the FBI Washington Field Office for processing.

Based on my training and experience, the amount of seized narcotics, the packaging, digital scales, drug trafficking paraphernalia, and recovered currency, LANE's possession of the seized drugs is more consistent with an intent to distribute the drugs and not for personal use.

Based on the forgoing, your affiant believes there is probable cause for the offense of Possession with the Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectible Amount of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).

Damein Ragland, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED BEFORE ME ON THE 26th DAY OF August, 2025.

G. Michael Harvey
United States Magistrate Judge
For the District of Columbia