**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | **MAGISTRATE NO. 25-mj-176** |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **ANTOINETTE VICTORIA LANE,** | : | |
| | : | **21 U.S.C. § 843(b)** |
| **Defendant.** | : | **(Unlawful Use of a Communication** |
| | : | **Facility)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **21 U.S.C. §§ 853(a), (p).** |
| | : | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

From beginning on or about May 2025, and continuing through on or about August 26, 2025, within the District of Columbia and elsewhere, **ANTOINETTE VICTORIA LANE**, did unlawfully, knowingly and intentionally use a communication facility, that is, the use of a telephone, to facilitate the distribution of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846, all in violation of Title 21, United States Code, Section 843(b).

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and

1

any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses.

## SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following property: $9,371 in U.S. currency.

## MONEY JUDGMENT

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offense, and any property traceable to such property.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p))

2

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Matthew W. Kinskey_____
      Matthew W. Kinskey
      John Crabb, Jr.
      Assistant United States Attorneys